# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:09 CV 377

| | |
|---|---|
| HARLEYSVILLE MUTUAL INSURANCE COMPANY, )<br>)<br>Plaintiff )<br>)<br>V )<br>)<br>RICHMOND HILL, INC., )<br>)<br>Defendant ) | **ORDER** |

**THIS MATTER** is before the court on Brady A. Yntema's Application for Admission to Practice *Pro Hac Vice* of Douglas Y. Christian. It appearing that Douglas Y. Christian is a member in good standing with the Pennsylvania Bar and will be appearing with Brady A. Yntema, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Brady A. Yntema's Application for Admission to Practice *Pro Hac Vice* (#8) of Douglas Y. Christian is **GRANTED**, and that Douglas Y. Christian is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Brady A. Yntema.

Signed: October 20, 2009

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge