

```
Doc ID: 016636500004 Type: CRP
Recorded: 10/21/2005 at 11:42:40 AM
Fee Amt: $20,423.00 Page 1 of 4
Excise Tax: $20,400.00
Workflow# 1965401
Buncombe County, NC
Otto W. DeBruhl Register of Deeds
BK 4124 PG 1854-1857
```

Revenue Stamps $20,400.00

Mail after recording to: BEST and BEST, PLLC – Box 24

This instrument was prepared by: William P. Aycock II, Esquire
Schell Bray Aycock Abel & Livingston P.L.L.C.

## NORTH CAROLINA GENERAL WARRANTY DEED

**THIS DEED** made as of the 10th day of October, 2005, by and between **RICHMOND HILL, INC.**, a North Carolina corporation, (hereinafter referred to as Grantor) and **THE HAMMOCKS, LLC**, a South Carolina limited liability company authorized to do business in North Carolina as **RICHMOND HILL INN, LLC**, and **GATEWAY PARK PROPERTIES, LLC**, a South Carolina limited liability company, whose address is 87 Richmond Hill Drive, Asheville, North Carolina, 28806, (hereinafter referred to as Grantees). The designation Grantor and Grantees as used herein shall include said parties, their heirs, successors and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

**WITNESSETH**, that the Grantor, for a valuable consideration paid by the Grantees, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantees in fee simple, all that certain lot or parcel of land situated in the City of Asheville and in Hazel Township, Buncombe County, North Carolina, and more particularly described as follows:

TRACT I: BEGINNING at an existing iron pipe, the southeast corner of Lot 23, Section 1, Richmond Hill Park, as per plat thereof recorded in Plat Book 28, Page 92, Buncombe County Registry; which iron pin is also located in the northern margin of Richmond Hill Drive (60-foot right-of-way); thence from said Beginning point with the northern margin of Richmond Hill Drive, South 67° 31' 38" West 80 feet to an iron pipe, the southwest corner of said Lot 23; thence with the western line of Lot 23, North 22° 28' 22" West 150.06 feet to an iron pin, the northwest corner of Lot 23; thence North 67° 31' 38" East 80 feet to an iron pin, the northeast corner of Lot 23; thence the following four (4) calls with the North Carolina Baptist Homes, Inc. (see Deed Book 1183, Page 423, and Deed Book 1189, Page 460): North 40° 29' 32" East 719.98 feet to an iron pin; North 45° 41' 10" West 251.20 feet to an iron pin; North 40° 29' 10" West 285.90 feet to an existing iron pipe; North 89° 09' 55" West 460.70 feet to an existing iron

165273_1.DOC

West 285.90 feet to an existing iron pipe; North 89° 09' 55" West 460.70 feet to an existing iron pipe, the southeast corner of Lot 59, Section 4, Richmond Hill Park, as per plat thereof recorded in Plat Book 32, Page 58, Buncombe County Registry; thence with the rear lines of Lots 59, 58, 57, 56 and 55, North 00° 52' 49" East 414.04 feet to an iron pipe; thence with the rear lines of Lots 54 and 53, North 23° 22' 11" West 198.00 feet to an iron pin, Ernest L. McCombs' (now or formerly) southernmost corner (see Deed Book 1503, Page 267); thence with McCombs' southeastern line, North 39° 41' 29" East 166.73 feet to an iron pin; thence, along a curve to the right, a chord bearing and distance of South 40° 10' 42" East 112.23 feet (with a circle having a radius of 200.00 feet) to an iron pipe; thence South 23° 53' 00" East 27.86 feet to an existing iron pipe, a corner with Curtis D. Sturgill (see Deed Book 1326, Page 265); thence with Sturgill's southeastern line, North 53° 39' 36" East 253.01 feet to an existing iron pipe, the southernmost corner of Lot 2 as shown on Plat Book 46, Page 140, Buncombe County Registry; thence a new line with The Childrens Grammer School, Inc. (now or formerly) (see Deed Book 1597, Page 632) the following six (6) calls: South 37° 21' 42" East 275.27 feet to an existing iron pipe; South 69° 38' 41" East 94.03 feet to an iron pipe; South 77° 50' 52" East 45.83 feet to an iron pin; North 82° 36' 17" East 37.95 feet to an iron pin; North 74° 34' 14" East 95.11 feet to an iron pin; North 69° 49' 23" East 131.98 feet to an existing iron pin; thence North 45° 16' 18" East 525.57 feet to an iron pin, the southernmost corner of Lot 21 of Rolling Oaks Estates, as shown on Plat Book 46, Page 140, Buncombe County Registry; thence with the southern and rear lines of Lots 21 and 22, North 68° 50' 48" East 118.00 feet to an existing iron pin in the western right-of-way of the Norfolk Southern Railway; thence with the right-of-way of Norfolk Southern Railway the following eight (8) calls: South 17° 23' 15" East 500.13 feet to a point; South 14° 15' 35" East 200.00 feet to a point; South 07° 34' 45" East 200.00 feet to a point; South 01° 55' 30" West 200.00 feet to a point; South 10° 39' 20" West 200.00 feet to a point; South 14° 08' 50" West 858.42 feet to a point; South 16° 51' 45" West 200.00 feet to a point; South 22° 37' 10" West 248.81 feet to a point; thence South 59° 55' 57" East 139.91 feet to a point; thence South 29° 13' 28" West 90.51 feet to a point in the center of Pearson Bridge Road; thence with the center of Pearson Bridge Road, the following six (6) calls: North 44° 13' 44" West 208.14 feet to a point; along a curve to the left, a chord bearing and distance of North 72° 01' 52" West 145.69 feet (with a circle having a radius of 156.18 feet); thence, along a curve to the left, a chord bearing and distance of South 54° 40' 55" West 157.05 feet (with a circle having a radius of 182.50 feet); thence, continuing along a curve to the left, a chord bearing and distance of South 08° 08' 19" East 201.35 feet (with a circle having a radius of 166.00 feet); South 45° 28' 08" East 63.81 feet to a point; thence, along a curve to the right, a chord bearing and distance of South 00° 10' 53" East 61.88 feet (with a circle having a radius of 43.53 feet); thence South 45° 07' 00" West 67.09 feet to a point; thence South 89° 08' 28" West 252.30 feet to a point within the right-of-way of Pearson Bridge Road; thence North 79° 52' 26" East 266.53 feet to a point; thence North 56° 34' 02" West 165.00 feet to a point; thence North 40° 27' 07" West 48.28 feet to a point; thence North 13° 06' 57" West 50.00 feet to an existing iron pipe, the southeast corner of John D. Wilson (see Deed Book 1454, Page 240); thence with Wilson's eastern line, along a curve to the right, a chord bearing and distance of North 00° 12' 12" East 230.76 feet (with a circle having a radius of 388.13 feet); thence North 12° 24' 28" East 28.20 feet to an existing iron pipe, the southeastern corner of Lot 14 of Richmond Hills, Section 1, as per plat thereof recorded in Plat Book 28, Page 92, Buncombe County Registry; thence with the right-of-way of Richmond Hill Drive and the lines of Lots 14, 15, 16 and 17 of Richmond Hills, Section 1, the following five (5) calls: along a curve to the right, a chord bearing and distance of

North 17° 39' 26" East 100.78 feet (with a circle having a radius of 550.90 feet) to a point; thence, continuing along a curve to the left, a chord bearing and distance of North 09° 15' 14" East 29.77 feet (with a circle having a radius of 63.06 feet); North 04° 23' 52" West 22.14 feet to an existing iron pin; along a curve to the left, a chord bearing and distance of North 36° 19' 18" West 109.22 feet (with a circle having a radius of 103.27 feet); North 68° 14' 45" West 232.41 feet to an existing iron pin, the northwest corner of Lot 17, Richmond Hills, Section 1; thence North 43° 56' 36" West 60.26 feet to an existing iron pin, the point and place of Beginning, and containing 54.515 acres, more or less, and as shown on a map of survey by J. Glenn Haynes R.L.S. for The Education Center, Inc., dated August 1, 1980 (revised October 20, 1994), and being all of the property conveyed to The Education Center, Inc. by deeds recorded in Deed Book 1462, at Page 307; Deed Book 1470, at Page 447; Deed Book 1517, at Page 581; Deed Book 1597, at Page 207; Deed Book 1602, at Page 508; and Deed Book 1732, Page 486, in the Office of the Register of Deeds for Buncombe County, North Carolina, and being currently identified as PIN: 9639.11.66.0684; PIN: 9639.11.56.5603; PIN: 9639.07.67.2772; PIN: 9639.11.56.8914; PIN: 9639.11.56.9159; and PIN: 9639.11.57.9195.

TRACT II: BEING all of Parcel No. 1 containing 1.586 acres, more or less, and Parcel No. 2 containing 0.541 acres, more or less, conveyed from Southern Region Industrial Realty, Inc., a Georgia Corporation, to The Education Center, Inc., a North Carolina Corporation, by deed dated November 13, 1992, and recorded in Deed Book 1721, at Page 452, in the Office of the Register of Deeds for Buncombe County, North Carolina, and being currently identified as PIN: 9639.11.65.8881.

TRACT III: BEING all of Lot 16, Section I, of Richmond Hill Park, as shown on that Plat recorded in Plat Book 28, Page 92, of the Office of the Register of Deeds for Buncombe County, North Carolina, reference to which is made for a more particular description of said Lot, and being all that property conveyed to Grantor by deed recorded in Deed Book 2330, at Page 88, in the Office of the Register of Deeds for Buncombe County, North Carolina, and being currently identified as PIN: 9639.11.56.7411.

TRACT IV: BEING all of Lot 17, Section One of Richmond Hill Park, as shown on a Plat recorded in the Office of the Register of Deeds for Buncombe County, North Carolina, in Plat Book 28, at Page 92, reference to which is hereby made for a more particular description of said Lot, and being all that property conveyed to Grantor by deed recorded in Book 2268, at Page 798, in the Office of the Register of Deeds for Buncombe County, North Carolina, and being currently identified as PIN: 9639.11.56.6433.

The Education Center, Inc., a North Carolina corporation, executed Articles of Amendment with the North Carolina Secretary of State on November 1, 1993, and recorded in the Office of the Register of Deeds for Buncombe County in Deed Book 1773, at Page 484, which Articles changed the name of the corporation to Richmond Hill, Inc.

**TO HAVE AND TO HOLD** the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantees in fee simple.

And the Grantor covenants with the Grantees, that Grantor is seized of the premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear

of all encumbrances, and that Grantor will warrant and defend the title against the lawful claims of all persons whomsoever except for the exceptions hereinafter stated. Title to the property hereinabove described is subject to easements, rights-of-way and restrictions of record, including, but not limited to, the rights-of-way for Pearson Bridge Road, Richmond Hill Drive and Norfolk and Southern Railway, and to ad valorem taxes for the year 2005 which have been prorated between the Grantor and the Grantees.

**IN WITNESS WHEREOF**, the Grantor has caused this instrument to be signed in its corporate name by its duly authorized officer the day and year first above written.

RICHMOND HILL, INC.

By: _[signature]_
Name: J. Albert Michel
Title: President

STATE OF NORTH CAROLINA

COUNTY OF Guilford

I, William P. Aycock II, a Notary Public of said County and State, hereby certify that J. Albert Michel personally appeared before me this day and acknowledged that he/she is President of RICHMOND HILL, INC., a corporation, and that he/she as its President, being authorized to do so, executed the foregoing on behalf of the corporation.

WITNESS my hand and official seal this 14th day of October, 2005.

_[signature]_
Notary Public

My commission expires:
3/24/06

4