UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO.: 1:09-cv-00377

| | |
|---|---|
| HARLEYSVILLE MUTUAL INSURANCE COMPANY, Plaintiff and Cross-Defendant, | ) ) ) ) |
| vs. | ) ) ) ) ) ) |
| RICHMOND HILL, INC., Defendant and Cross-Claimant. _____ | ) ) ) ) |

**RICHMOND HILL, INC.'S DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

ONLY ONE FORM NEED BE COMPLETED FOR EACH NONGOVERNMENTAL PARTY EVEN IF THE PARTY IS REPRESENTED BY MORE THAN ONE ATTORNEY. DISCLOSURES MUST BE FILED ON BEHALF OF INDIVIDUAL NONGOVERNMENTAL PARTIES AS WELL AS NONGOVERNMENTAL CORPORATE PARTIES. COUNSEL HAS A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

Defendant Richmond Hill, Inc. makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    ( ) Yes                    (XX ) No

2. Does party have any parent corporations?

    ( ) Yes                    (XX) No

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations:
    _____

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    ( ) Yes                    (XX) No

    If yes, identify all such owners:
    _____

R&S 755086-1

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

    ( ) Yes                 (XX) No

If yes, identify entity and nature of interest:
_____

This the 26th day of April, 2010.

                 By: s/Ann-Patton Hornthal
                     NC Bar No: 35477
                     Wyatt S. Stevens
                     NC State Bar No. 21056
                     Attorneys for Defendant
                     ROBERTS & STEVENS, P.A.
                     P.O. Box 7647
                     Asheville, NC 28801
                     Telephone: (828) 258-6992
                     E-mail: aphornthal@roberts-stevens.com
                              wstevens@roberts-stevens.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant Richmond Hill, Inc.'s Disclosure of Corporate Affiliations and Other Entities with a Direct Financial Interest in Litigation was served upon all parties who have an account with CM/ECF in this matter by notice of electronic filing through the CM/ECF system/electronic mail

This the 26th day of April, 2010.

                                              By:    s/Ann-Patton Hornthal
                                                           aphornthal@roberts-stevens.com