UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:09cv377

| | | |
|---|---|---|
| HARLEYSVILLE MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | **PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS** |
| vs. | ) ) | |
| RICHMOND HILL, INC., | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

NOW COMES Plaintiff, HARLEYSVILLE MUTUAL INSURANCE COMPANY

("Harleysville"), by and through counsel, pursuant to Rule 12(c) of the Federal Rules of Civil

Procedure and Local Rule 7.1, and hereby moves for judgment on the pleadings in its favor and

against Defendant Richmond Hill, Inc. ("RHI"), on the ground that it appears from the face of

the pleadings, in relation to Harleysville's cause of action for declaratory relief in its Declaratory

Judgment Complaint (Doc. 1) and RHI's First Counterclaim for declaratory relief asserted with

its Answer (Doc. 16), that there is no triable issue of whether RHI is a "mortgagee" under the

Policy of Insurance, number OF-3M2977 ("the Policy") issued by Harleysville to The

Hammocks, LLC ("The Hammocks").  A memorandum of law in support of this Motion is

served and filed with this Motion.

**WHEREFORE**, for the reasons set forth above and in the accompanying Memorandum

of Law, Harleysville hereby prays that this Honorable court grant it the following relief:

1.      That judgment on the pleadings be entered in favor of Harleysville in accordance

with the foregoing motion;

2.      That a declaration be entered that RHI is not a "mortgagee" as defined in the

Policy;

3.      That RHI's First Counterclaim for declaratory relief (Doc. 16) be dismissed, with

prejudice, in accordance with the foregoing motion; and

4.      For all other and further relief as this Court in its discretion deems just and proper.


This the 7TH day of May, 2010.

/s/ David L. Brown
David L. Brown
N.C. State Bar No. 18942
dbrown@pckb-law.com
Brady A. Yntema
N.C. State Bar No. 25771
byntema@pckb-law.com
PINTO COATES KYRE & BROWN,  PLLC
3203 Brassfield Road
Greensboro, NC  27410
Telephone: 336.282.8848
Facsimile: 336.282.8409

Michael R. Nelson
Pa. State Bar No. 65679
NELSON, LEVINE, de LUCA & HORST
518 East Township Line Rd.
Suite 300
Blue Bell, PA  19422

Douglas Y. Christian
Pa. State Bar No. 41934
BALLARD SPAHR, LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103-7599

*Attorneys for Plaintiff Harleysville Mutual
Insurance Company*

2

## CERTIFICATE OF SERVICE

The undersigned certifies that the document to which this Certificate is affixed was served upon the party(s) to this action by means of the Electronic Filing System of the United States District Court for the Western District of North Carolina on May 7, 2010.

/s/ Brady A. Yntema
Brady A. Yntema
N.C. State Bar No. 25771
byntema@pckb-law.com
PINTO COATES KYRE & BROWN, PLLC
3203 Brassfield Road
Greensboro, NC 27410
Telephone: 336.282.8848
Facsimile: 336.282.8409
*Attorney for Plaintiff Harleysville Mutual*
 *Insurance Company*